No. 99–10032.   ZAKKI *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES.   C. A. 4th Cir.   Certiorari denied.

No. 99–10035.   HERNANDO RAMIREZ *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 99–10036.   RENOIR *v.* GILMORE, GOVERNOR OF VIRGINIA, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 99–10037.   STEWART *v.* TEXAS.   Ct. App. Tex., 12th Dist. Certiorari denied.

No. 99–10038.   OUTLAW *v.* ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 99–10039.   APPIAH *v.* IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 4th Cir.   Certiorari denied.

No. 99–10040.   JONES *v.* TANNER ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 99–10041.   MUHANNAD, AKA AUSTIN *v.* TRUE, WARDEN. C. A. 10th Cir.   Certiorari denied.

No. 99–10043.   BRYANT *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 99–10044.   BLANCO *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 99–10046.   O'NEAL *v.* UNITED STATES; and
No. 00–5650.   WASHINGTON *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.   Reported below: 213 F. 3d 644.

No. 99–10047.   REILLY *v.* STRATTON VETERANS ADMINISTRATION MEDICAL CENTER ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 99–10050.   BROWN *v.* UNITED STATES; and
No. 00–5011.   SMITH ET AL. *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.   Reported below: 205 F. 3d 1325.